**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DATATRAK International, Inc., | |
| Plaintiff, | |
| v. | Case No.  1:11-cv-00458-PAG |
| Medidata Solutions, Inc., | Hon. Patricia A. Gaughan |
| Defendant. | |

**MEDIDATA'S MOTION TO STAY LITIGATION PENDING *EX PARTE*
REEXAMINATION OF THE PATENT-IN-SUIT**

Medidata moves the Court to stay litigation starting immediately and continuing until the United States Patent and Trademark Office has completed *ex parte* reexamination of the patent-in-suit, U.S. Patent No. 7,464,087.  As set forth in the Memorandum in Support, a stay would simplify the issues before the Court without imposing undue prejudice on DATATRAK.  For these reasons and those set forth in detail in the Memorandum in Support, Medidata respectfully requests that the Court grant this Motion to Stay this action.

- 2 -

DATED: October 28, 2011

        By: */s/ David A. Schaefer*
        David A. Schaefer
        das@mccarthylebit.com
        McCARTHY, LEBIT, CRYSTAL &
        LIFFMAN CO., LPA
        101 West Prospect Avenue, Suite 1800
        Cleveland, Ohio 44115
        (216) 586-5479 (Telephone)
        (216) 696-1210 (Facsimile)

        Janine A. Carlan
        carlan.janine@arentfox.com
        Alec P. Rosenberg
        rosenberg.alec@arentfox.com
        Aziz Burgy
        burgy.aziz@arentfox.com
        Arent Fox LLP
        1050 Connecticut Avenue, NW
        Washington, DC 20036-5339
        (202) 857-6000 (Telephone)
        (202)857-6395 (Facsimile)

        Attorneys for Defendant
        Medidata Solutions, Inc.